**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-7157**

—————————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

 DARRYL MAYES PROCTOR,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.   Timothy M. Cain, District Judge.   (7:07-cr-00711-TMC-1)

—————————

Submitted:  December 19, 2013      Decided:  January 8, 2014

—————————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Darryl Mayes Proctor, Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Elizabeth Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Mayes Proctor appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Proctor, No. 7:07-cr-00711-TMC-1 (D.S.C. June 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED